UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES OSHIRO,

            Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant.

CASE NO. C09-5576RJB

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The administrative decision is AFFIRMED; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 23rd day of April, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1