# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES OSHIRO,

    v.

JUDGMENT IN A CIVIL CASE

MICHAEL J. ASTRUE, Commissioner of
Social Security,

CASE NUMBER: C09-5576RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court adopts the Report and Recommendation; and

(2)  The administrative decision is AFFIRMED.

| April 26, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                *s/ Mary Trent*
                Deputy Clerk